## DON PASCHAL v. STATE.

No. A-9115.   Oct. 30, 1936.
(62 Pac. [2d] 101.)

Don Wilbanks, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted of the crime of embezzlement, and sentenced to be confined in the state penitentiary for a term of one year, and appeals.

The petition in error and case-made was filed in this court on April 15, 1936.   No brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial errors.   The evidence is sufficient to support the verdict.   The case is therefore affirmed.